# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| FRANK SLATER, Individually and as Assignee of Thursty Huff, Inc. DBA Loading Zone, ) ) ) ) Plaintiff, ) ) vs. ) ) WESTERN HERITAGE INSURANCE, ) ) Defendant. ) | Cause No.: CV-16-83-BMM-JTJ **ORDER** |

Upon consideration of the joint stipulation for dismissal filed by the plaintiff and defendant, IT IS HEREBY ORDERED that all claims of the plaintiff, Frank Slater and the defendant, Western Heritage Insurance, and defendant's counterclaims against plaintiff, are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this 28th day of September, 2016.

_____
Brian Morris
United States District Court Judge